UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                Plaintiff,

    v.

JOSEPH GUSTAVO SMITH,

                Defendant.

CR16-257 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Defendant's Motion to Continue Sentencing Hearing, docket no. 42, is DENIED.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 31st day of May, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1