JUDGE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR16-0257TSZ |
| Plaintiff, | ) | |
| v. | ) | ORDER TO |
| | ) | SEAL DOCUMENT |
| JOSEPH GUSTAVO SMITH, | ) | |
| Defendant. | ) | |

THIS MATTER has come before the undersigned on the motion, docket no. 49, of Joseph Gustavo Smith to file the sentencing memorandum under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that the defendant's sentencing memorandum, docket no. 50, be filed under seal.

DATED this 7th day of June, 2017.

_____
Thomas S. Zilly
United States District Judge

Presented by:

s/ *Gregory Geist*
Federal Public Defender
Attorney for Joseph Gustavo Smith

ORDER TO SEAL DOCUMENT
(Case Name, Case No.) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**