UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH GUSTAVO SMITH,

    Defendant.

CR16-257 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court having reviewed alleged violations 1 through 9 concludes that no hearing is necessary and STRIKES the hearing set for Thursday, November 14, 2019. The Court endorses the Probation Officer's recommendation that defendant continue on supervision with no sanctions. Defendant is ordered to continue compliance with the conditions set forth in the Judgment, docket no. 56, entered June 8, 2017.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 13th day of November, 2019.

                William M. McCool
                Clerk

                s/Karen Dews
                Deputy Clerk

MINUTE ORDER - 1